# DRS & Associates

Toll Free Phone: (866) 221-2393  Fax: (866) 829-9269

*Physical Address:*
733 Delaware Road STE 238
Kenmore, NY 14217

06-Aug-2013

JESSICA A WHITE
1030 HUNTERS RUN DR APT 7
LEBANON, OH Mailing

Re:

| | |
|---|---|
| Creditor | JTM Capital Management |
| Our Account No. | 200182 |
| Original Account No. | 7024947967 |
| Open Date | |
| Original Creditor | FIFTH THIRD BANK CINCINNATI |
| Current Balance | $0.00 |

JESSICA A WHITE

    DRS & Associates is in receipt of the totality your payment arrangement to the satisfaction of the account indicated above. A schedule of your payments may be found below. Barring any returns or chargebacks, your account is considered satisfied and paid in full.

    It may be in your interest to retain this document for your records. Federal law mandates that the intended recipient of this communication be notified that this communication originates from a collector of debts and is an attempt to collect a debt. Information obtained from communication will be used for that purpose.

    If you have any questions regarding the above-referenced account, contact our office toll-free at 1-877-318-1011 Monday through Friday 8:00am – 8:00pm EST.  Please refer to the file number ("Our Account No.") indicated above.

| | |
|---|---|
| 12/27/2012 | $20.00 |
| 1/15/2013 | $50.00 |
| 2/18/2013 | $1168.31 |

EXHIBIT A

/s/
Administration of DRS & Associates